UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 1/12/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00644-1 RMW |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER CONTINUING SENTENCING |
| v. ) | HEARING |
| ) | |
| JOHN E. HURTADO ) | |
| ) | |
| Defendant. ) | |

Plaintiff United States of America, by and through Special Assistant U.S. Attorney Matthew Harris, and defendant John E. Hurtado, by and through his counsel Cynthia Lie, Federal Public Defender, hereby AGREE AND STIPULATE to CONTINUE the sentencing hearing scheduled for January 23, 2006 to February 27, 2006 at 9:00 a.m.  The continuance is requested because Jack Roberson, the United States Probation Officer assigned to write the Pre-Sentence Report in this matter, has represented that he needs more time to complete his report and provide

//
//
//
//
//

STIP. & [PROP.] ORDER CONTINUING SENTENCING HEARING
[U.S. v. John E. Hurtado, CR 05-00644-1RMW]         1

each party with the opportunity to respond with any objections as allowed by statute.

DATED: January 6, 2006       KEVIN V. RYAN
                             United States Attorney

                             /S/
                             _____
                             MATTHEW HARRIS
                             Special Assistant U.S. Attorney

                             /S/
DATED:   January 6, 2006     _____
                             CYNTHIA LIE
                             Counsel for Defendant John E. Hurtado

## ORDER

In light of the need for more time to prepare the Pre-Sentence Report in this matter and the parties' agreement to continue the hearing, IT IS HEREBY ORDERED THAT the sentencing hearing scheduled for January 23, 2006 at 9:00 a.m. is CONTINUED until February 27, 2006 at 9:00 a.m.

IT IS SO ORDERED.

DATED:  1/12/06              /S/ RONALD M. WHYTE
                             _____
                             HON. RONALD M. WHYTE
                             United States District Court Judge

Distribute to:

Matthew Harris, SAUSA
150 Almaden Blvd., Suite 900
San Jose, California 95113
Phone: (408) 535-5037
Fax: (408) 535-5081

Cynthia Lie, FPD
Federal Public Defender
160 West Santa Clara Street
San Jose, CA 95113
Fax: (408) 291-7399

STIP. & [PROP.] ORDER CONTINUING SENTENCING HEARING
[U.S. v. John E. Hurtado, CR 05-00644-1RMW]        2