1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant HURTADO

6

7
                   IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                                              *E-FILED - 2/23/06*
10
   UNITED STATES OF AMERICA,       )   No. CR-05-00644 RMW
11                                 )
              Plaintiff,           )   STIPULATION AND
12                                 )   ORDER CONTINUING SENTENCING
   vs.                             )   HEARING
13                                 )
   JOHN ERIC HURTADO,              )
14                                 )
              Defendant.           )
15 _____ )

16                            **STIPULATION**

17      The government and defendant John Eric Hurtado hereby stipulate and agree that the

18 sentencing hearing, currently scheduled for Monday, February 27, 2006 at 9:00 a.m. may be

19 continued to Monday, March 13, 2006 at 9:00 a.m.  The purpose of the requested continuance is

20 to permit the parties to fully evaluate and respond to the sentencing recommendation in the

21 presentence report dated February 17, 2006.  The parties have consulted with United States

22 Probation Officer Jack C. Roberson, who has no objection to the requested date.

23

24 Dated: February 21, 2006

25                                        s/_____
                                          CYNTHIA C. LIE
26                                        Assistant Federal Public Defender

Stipulation and  Order Continuing
Sentencing Hearing                        1

1  Dated: February 21, 2006

2                                                                   s/_____
                                                                 JOHN GLANG
3                                                                   Assistant United States Attorney

4

5  **ORDER**

6      Good cause appearing and by stipulation of the parties, it is hereby ordered that the

7  sentencing hearing in the above-captioned matter shall be continued from Monday, February 27,

8  2006 to Monday, March 13, 2006 at 9:00 a.m.

9

10  Dated: February __23__, 2006

                                                _/S/ RONALD M. WHYTE____
11                                                RONALD M. WHYTE
                                               United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulation and Order Continuing
Sentencing Hearing                                    2