BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

*E-FILED - 5/20/10*

Counsel for Defendant HURTADO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05-00644 RMW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [] |
| | ) | ORDER CONTINUING STATUS |
| vs. | ) | HEARING |
| | ) | |
| JOHN ERIC HURTADO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Defendant John Eric Hurtado and the government, by and through their respective counsel, hereby stipulate and agree that the status hearing currently scheduled for Monday, May 24, 2010, may be continued to Monday, August 30, 2010, at 9:00 a.m., to permit the United States Probation Office to continue monitoring his compliance with the conditions of supervision.  The Probation Office has been consulted and concurs in the proposed continuance.

Dated: May 18, 2010

                                    s/_____
                                    SUSAN KNIGHT
                                    Assistant United States Attorney

Stipulation and [] Order Continuing
Status Hearing                                      1

1

2  Dated: May 18, 2010

3

4                                           s/_____
                                            CYNTHIA C. LIE
                                            Assistant Federal Public Defender
5

6                                  **[] ORDER**

7      Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

8  hearing currently scheduled for Monday, May 24, 2010, shall be continued to Monday, August

9  30, 2010, at 9:00 a.m.

10

11  Dated: May  20 , 2010

12                                          *Ronald M. Whyte*
                                            _____
13                                          HON. RONALD M. WHYTE
                                            United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulation and [] Order Continuing
Status Hearing                              2