BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

*E-FILED - 8/18/10*

Counsel for Defendant HURTADO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-00644 RMW |
| Plaintiff, | STIPULATION AND [] ORDER CONTINUING HEARING |
| vs. | |
| JOHN ERIC HURTADO, | |
| Defendant. | |

**STIPULATION**

The parties hereby stipulate that the status hearing re revocation of supervised release currently set for Monday, August 30, 2010 at 9:00 a.m. may be continued to Monday, September 13, 2010 at 9:00 a.m., to permit Mr. Hurtado to attend a medical appointment for his minor child.

The United States Probation Office has been consulted as to the proposed continuance and has no objection.

Dated: August 13, 2010

s/_____
SUSAN KNIGHT
Assistant United States Attorney

Stipulation and [] Order Continuing Hearing                    1

1 | Dated: August 12, 2010

2 | s/_____
CYNTHIA C. LIE
3 | Assistant Federal Public Defender

### [] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing of Monday, August 30, 2010 shall be continued to Monday, September 13, 2010 at 9:00 a.m.

Dated: August __18__, 2010

*Ronald M. Whyte*
_____
HON. RONALD M. WHYTE
United States District Judge

Stipulation and ] Order Continuing Hearing                         2